# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 5:13CR60-RLV-DSC |
| v. | ) | |
| | ) | **ORDER TO UNSEAL** |
| JOSEPH KLAKULAK | ) | **BILL OF INFORMATION** |
| a/k/a "Joey Klakulak" | ) | |

_____

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Information in this case be unsealed because the reasons for sealing no longer exist,

**IT IS HEREBY ORDERED** that the Motion to Seal, Order to Seal, and Bill of Information are unsealed.

**SO ORDERED.**

Signed: August 8, 2013

_____

David S. Cayer
United States Magistrate Judge

1